UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEBASTIAN RICHARDSON,                         :
                                              :
          Plaintiff                           :    No. 3:CV-11-2266
                                              :
          vs.                                 :    (Judge Nealon)
                                              :
THOMAS R. KANE, et al.,                       :
                                              :
          Defendants                          :

## ORDER

**AND NOW, THIS 19th DAY OF JULY, 2012,** upon consideration of Defendants' second

motion for enlargement of time within which to file a responsive pleading to the Complaint, **IT IS**

**HEREBY ORDERED THAT** said motion, (Doc. 17), is **GRANTED.** Defendants may filed their

response to the amended complaint on or before August 13, 2012.

_____
**United States District Judge**

**FILED**
**SCRANTON**

JUL 1 9 2012

PER _____
        DEPUTY CLERK