PJS:MJB:all

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEBASTIAN RICHARDSON, | : | CIVIL NO. 3:cv-11-2266 |
| Plaintiff | : | |
| | : | (Complaint Filed 12/7/11) |
| | : | |
| v. | : | |
| | : | (Nealon, J.) |
| BRYAN A. BLEDSOE, et al., | : | |
| Defendants | : | Filed Electronically |

**AMENDED CERTIFICATE OF CONCURRENCE**

The undersigned certifies that on August 23, 2012, the offices of Plaintiff's counsel, Attorney Jennifer Tobin, were contacted to seek Plaintiff's concurrence, pursuant to M.D. Pa. Local Rule 7.1, with Defendants' Motion for Leave to File a Brief in Excess of 15 Pages/5,000 Words. Because Attorney Tobin was away from her office and not scheduled to return until August 27, 2012, Defendants notified the Court that it was not known whether Plaintiff concurs with the motion

to exceed and advised the Court that once Plaintiff's counsel contacts Defendant, the undersigned would update Defendants' Certificate.

On August 23, 2012, after Defendants had filed their Certificate of Nonconcurrence/Concurrence, undersigned counsel was notified by Plaintiff's Counsel, Ivy A. Finkenstadt, that Plaintiff concurs with Defendants' Motion for Leave to File a Brief in Excess of 15 Pages/5,000 Words.

         Respectfully submitted,

         PETER J. SMITH
         United States Attorney

         /s Michael Butler
         Michael Butler
         Assistant United States Attorney
         PA81799
         Anita L. Lightner
         Paralegal Specialist
         228 Walnut Street, 2nd Floor
         P.O. Box 11754
         Harrisburg PA 17108-1754
         Tel: (717)221-4482
         Fax: (717)221-2246
         Michael.J.Butler@usdoj.gov

Date: August 23, 2012