UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEBASTIAN RICHARDSON, | : |
| Plaintiff | : No. 3:CV-11-2266 |
| vs. | : (Judge Nealon) |
| THOMAS R. KANE, et al., | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 9th DAY OF APRIL, 2013,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss or, in the Alternative, for a More Definite Statement, (Doc. 24), is **GRANTED in part** and **DENIED in part**:

    A. Defendants' Motion to Dismiss Plaintiff's request for class certification is **GRANTED.**

    B. Defendants' Motion to Dismiss Plaintiff's second amended complaint based on Qualified Immunity is **DENIED.**

    C. Defendants' Motion for a More Definite Statement is **DENIED.**

2. Defendants are directed to file an answer to the Amended Complaint, (Doc. 21), within thirty (30) days of the date of this Order.

/s/ William Nealon
United States District Judge

FILED
SCRANTON

APR - 9 2013

PER _____
DEPUTY CLERK