IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEBASTIAN RICHARDSON,<br><br>     Plaintiff,<br><br>  v.<br><br>THOMAS R. KANE, et al.<br><br>     Defendants. | CIVIL ACTION<br><br>Case No.: 3:11-cv-02266<br><br>Judge Nealon<br><br>*Electronically filed* |

And now this **3RD** day of **JANUARY**, 20**14**, Plaintiff Sebastian Richardson's Unopposed Motion to Amend the Joint Case Management Plan is granted. It is further ordered that:

**All fact discovery commenced in time to be completed by:**

April 4, 2013.

**All potentially dispositive motions should be filed by:**

June 16, 2014

**Reports from retained experts due:**

from plaintiff(s) by: April 18, 2014

from defendant(s) by: May 19, 2014

**Supplementations due:**

June 2, 2014

FILED
SCRANTON

JAN 3 2014

PER _____
  DEPUTY CLERK

1

**All expert discovery commenced in time to be completed by:**

June 2, 2014

**Proposed final Pretrial Conference:**

January 2015

**Proposed Trial Date**

February 2015

_____
　　　　　　　　　　　　　　J.