UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-2876
_____

SEBASTIAN RICHARDSON,
Appellant

v.

DIRECTOR FEDERAL BUREAU OF PRISONS; BRYAN A. BLEDSOE; DAVID YOUNG, Associate Warden at USP Lewisburg;  DONALD C. HUDSON, JR., Associate Warden; CAPTAIN BRADLEY TRATE;  SEAN SNIDER, Deputy Captain; LT. JAMES FLEMING; LT. PEDRO CARRASQUILLO;  LT. CHRIS MATTINGLY; LT. MATTHEW SAYLOR; LT. AARON SASSAMAN;  LT. JASON SEEBA; ROGER MILLER; LT. THOMAS JOHNSON; LT. CAMDEN SCAMPONE;  LT. KYLE WHITTAKER
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Court No. 3-11-cv-02266

District Judge: The Honorable William J. Nealon, Junior
Argued May 17, 2016

Before: SMITH, HARDIMAN, and NYGAARD, *Circuit Judges*

_____

JUDGMENT
_____

This cause came on to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on May 17, 2016.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered April 9, 2013, be and the same is hereby REVERSED AND REMANDED.  All of the above in accordance with the opinion of this Court.  Costs taxed to the Appellees.

                                          Attest:

                                          s/Marcia M. Waldron
                                          Clerk

DATED: July 15, 2016