UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEBASTIAN RICHARDSON, | : | **CASE NO. 3:11-CV-02266** |
| | : | |
| Plaintiff | : | (Judge Brann) |
| | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| | : | |
| THOMAS R. KANE, *et al.*, | : | |
| | : | |
| Defendants | : | |

## ORDER
June 14, 2018

Following a conference with counsel and in accordance with the discussion at that conference, **IT IS ORDERED** that the discovery deadline is extended until **August 13, 2018.  IT IS FURTHER ORDERED** that the plaintiff's motion (doc. 108) to compel is **GRANTED IN PART AND DENIED IN PART** as follows: on or before **June 15, 2018**, the plaintiff shall provide to the defendants the list of the 50 incidents from the spreadsheet about which he wants more information; the plaintiff shall narrow document requests numbers 6–9; and the motion is otherwise **DENIED** without prejudice as the remaining issues are tabled until after the plaintiff receives the information about the 50 incidents from the spreadsheet.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge