# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEBASTIAN RICHARDSON, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Civil No. 3:11-cv-02266 |
| v. ) | |
| ) | Judge Brann |
| THOMAS R. KANE, et al., ) | |
| ) | |
| *Defendants.* ) | |

## EXHIBIT LIST

Exhibit 1   Unsigned Declaration of B.C.[1]

Exhibit 2   Unsigned Declaration of Lorenzo Blackman

Exhibit 3   Declaration of Lavelle Bone

Exhibit 4   Declaration of Larry Joe Collins

Exhibit 5   Declaration of Malik El-Alamin

Exhibit 6   Declaration of Mario Gordon

Exhibit 7   Declaration of Lenelle Gray

Exhibit 8   Declaration of David Kates

Exhibit 9   Declaration of Evaristus Mackey

Exhibit 10  Deposition of Doran Carvalho in *Carvalho v. Bledsoe*, 3:11-cv-1995 (MD PA).

---

[1] B.C. has asked that his name not be filed publicly due to concerns for his safety. His name and identifying information will be provided via email to Defendants' counsel.

Exhibit 11    Deposition of Sebastian Richardson

Exhibit 12    Deposition of Bryan Bledsoe in *Carvalho v. Bledsoe*, 3:11-cv-1995 (MD PA).

Exhibit 13    Deposition of Pedro Carrasquillo

Exhibit 14    Deposition of David Ebbert

Exhibit 15    Deposition of Matthew Edinger in *Carvalho v. Bledsoe*, 3:11-cv-1995 (MD PA).

Exhibit 16    Deposition of Donald Hudson

Exhibit 17    Deposition of Thomas Johnson

Exhibit 18    30(b)(6) Deposition of Daniel Knapp

Exhibit 19    Deposition of Christopher Mattingly

Exhibit 20    Deposition of Roger Miller

Exhibit 21    30(b)(6) Deposition of Leonard Potter

Exhibit 22    30(b)(6) Deposition of Jessica Reibsome

Exhibit 23    Deposition of Aaron Sassaman

Exhibit 24    Deposition of Matthew Saylor

Exhibit 25    30(b)(6) Deposition of Camden Scampone

Exhibit 26    Deposition of Camden Scampone )

Exhibit 27    Deposition of Jason Seeba

Exhibit 28    Deposition of Sean Snider

Exhibit 29    Deposition of Bradley Trate

Exhibit 30   Deposition of Kyle Whittaker

Exhibit 31   Deposition of David Young

Exhibit 32   District of Columbia, Corrections Information Council (DCCIC), *Lewisburg Special Management Unit*, (April 6, 2018) (https://cic.dc.gov/sites/default/files/dc/sites/cic/publication/attachments/USP%20Lewisburg%20SMU%20Report%20FINAL%204.6.18_0.pdf).

Exhibit 33   U.S. Dept. of Justice, Office of the Inspector General, *Review of the Federal Bureau of Prison's Use of Restrictive Housing for Inmates with Mental Illness*, (July, 2017) (https://oig.justice.gov/reports/2017/e1705.pdf)

Exhibit 34   Joseph Shapiro, *Inside Lewisburg Prison: A Choice Between A Violent Cellmate or Shackles,* National Public Radio, Oct. 26, 2016 (http://npr.org/201610/26/498582706/inside-lewisburg-prison-a-choice-between-a-violent-cellmate-or-shackles).

Exhibit 35   Declaration of Brandon Holmes

Exhibit 36   Program Statement, Central Inmate Monitoring, P5180.05

Exhibit 37   Program Statement, Special Management Unit, P5217.02

Exhibit 38   Program Statement, Use of Force and Restraints, 5566.06

Exhibit 39   2010 Incident Reports, DEF-000006443 -- DEF-000006522

Exhibit 40   2011 Incident Reports, DEF-000006523 -- DEF-000006583

Exhibit 41   2012 Incident Reports, DEF-000006584 -- DEF-000006659

Exhibit 42   2013 Incident Reports, DEF-000006660 -- DEF-000006697

Exhibit 43   2014 Incident Reports, DEF-000006698 -- DEF-000006700

Exhibit 44   2015 Incident Reports, DEF-000006670 -- DEF-000006821

Exhibit 45   2016 Incident Reports, DEF-000006822 -- DEF-000006870

Exhibit 46   2017 Incident Reports, DEF-000006871 -- DEF-000006898

Exhibit 47   Inmate on Inmate Assaults Chart, DEF-000006338

Exhibit 48   ORE Report – Less Serious Assaults with summary of analysis

Exhibit 49   ORE Report – Serious Assaults with summary of analysis

Exhibit 50   BOP Summary of USP Lewisburg.

Exhibit 51   Special Housing Unit Review and Assessment Report Response

Exhibit 52   Biography of Su Ming Yeh, Esq.

Exhibit 53   Biography of Alexandra Morgan-Kurtz, Esq.

Exhibit 54   Declaration of Oceanus Perry

Exhibit 55   Declaration of Gordon Reid