# EXHIBIT 15

Case 3:11-cv-02266-JPW Document 166-15 Filed 10/22/19 Page 2 of 3
Case 3:11-cv-01995-MEM-CK Document 170-19 Filed 12/07/18 Page 28 of 65

27

1    Q    If they have a serious mental health and it's
2    manifesting itself in some loud ways.
3    A    It would be a considering factor, yes.
4    Q    Now, I understand there are -- you use
5    restraints from time to time. Can you tell me what
6    type of restraints are used and how an individual
7    would be subject to utilization of those types of
8    restraints?
9    A    You're talking ambulatory restraints and
10   four-point restraints?
11   Q    Are those the only two types? I have the use
12   of force application restraints policy if it will
13   help.
14   A    Okay. So your question is?
15   Q    What types of restraints are there? Start
16   with that.
17   A    The two that we use are ambulatory restraints
18   and four-point restraints.
19   Q    What about soft?
20   A    That's been a long, long time since we used
21   soft restraints.
22   Q    Okay. So there's three types. Well, two
23   types; ambulatory and four-point. Can you describe
24   each of those, the mechanics of where they're put? If
25   they're in their cell, if they're moved to another

Case 3:11-cv-02266-JPW Document 166-15 Filed 10/23/19 Page 3 of 3
Case 3:11-cv-01995-MEM-CK Document 170-19 Filed 12/07/18 Page 36 of 65

35

1  A    The soft restraints have not been used.
2  Q    What about the leather?
3  A    That's the soft.  We call them soft
4  restraints.  Most of your soft restraints they don't
5  hold anymore and we don't utilize them anymore.  I
6  haven't seen soft restraints used in probably -- and
7  this again is a guess, probably ten years.
8  Q    Okay.  With regard to ambulatory restraints,
9  are they ever allowed out of the restraints to go to
10 the bathroom, to eat lunch, dinner, et cetera?
11 A    They can eat with the restraints on.  If they
12 need to go to the bathroom in ambulatory restraints,
13 they actually can go to the bathroom.  In four-point
14 restraints, they cannot.
15      Now, if they actually cannot do it, they
16 can't actually reach back and maybe clean themselves,
17 then, yes, we will actually get a group of guys
18 together and go in and remove the restraints and have
19 them actually go to the bathroom.
20 Q    And eating they can eat with the restraints?
21 A    Restraints on.
22 Q    And with the four points you have to let them
23 up to eat and to go to the bathroom?
24 A    Yes.
25 Q    And with regard to four-point restraints, is