# EXHIBIT 18

1  inquiry, initial interview with the inmate would be

2  conducted; and then based on the information he

3  provides, we would look into whether we can find any

4  information that corroborates the inmate's claims.

5           And if there's enough information gathered to

6  corroborate or what have you, enough information to

7  conduct an actual investigative report, then the

8  threat assessment would be completed.

9      Q    Okay.  And a few times you've referred to

10  issues with various groups.  What groups are you

11  referring to?

12     A    So part of our job in SIS is that we monitor

13  gangs.  And when I refer to groups, I'm referring to

14  gangs.  So we screen for specific gang issues.

15          So there are certain gangs that can't be

16  housed with each other based on incidents that have

17  occurred throughout other institutions, whatever.  So

18  specific gangs are isolated, separated from others.

19  So that's one of our screenings that we do.

20          We ensure that if an inmate is affiliated

21  with a certain gang, that they will not be around

22  inmates of another rival gang that had incidents that

23  have occurred with those.

24     Q    And outside of gangs, are there any other

25  groups that are screened for?

1    A    Terrorists, other international terrorists.

2    There's other things like -- so I mean we have

3    disruptive groups which are main gangs that have been

4    determined to be most disruptive to institutions.

5         Then we have what we call security threat

6    groups which are other gangs that are -- have been

7    involved in incidents but don't pose the major,

8    significant disruption to the institution.

9         Then we have security threat profiles of

10   individual things that inmates have done whether

11   they're escape risks, have a history of predilection

12   as far as sexual assault on other inmates and things

13   like that.

14        I mean there's different categories of

15   different things that we review every time an inmate

16   comes into the facility.

17   Q    And with respect to the groups that you look

18   at, from previous testimony we've heard that one type

19   of group that's looked at is the geographic location

20   an inmate's from.

21        So there sometimes can be problems between^--

22   and I'm just making up states here.  So like

23   California inmates and Texas inmates.  Is that

24   something you look out for?

25   A    Yes.  Right.

1      Q     How does that process work?

2      A     So basically if we -- again, the whole point

3    of gathering intelligence and what have you if we

4    evaluate certain incidents occurring not only

5    specifically to our institution but other institutions

6    throughout the country and it's determined that there

7    is a possible issue between whatever groups that are

8    currently being considered that can house with each

9    other and we believe that there is a credible threat

10   to the safety and security of the institution as well

11   as those inmates being housed with each other, we will

12   put on a separation locally initially, and then

13   depending on how much other intelligence we gather

14   from those gangs, it may be referred higher than the

15   facility to the region and so forth to make a

16   determination whether there needs to be any further

17   separations at other institutions or nationally.

18     Q     Okay.  So when you say you would put on a

19   separation locally, is that different than a CIM

20   separation?

21     A     Yes.

22     Q     Is there any kind of term that's used for

23   that local separation?

24     A     Keep Away status, Keep Aways that we

25   consider.  We maintain basically as far as gangs are

1    necessary that you find -- sorry.  Let me just start

2    over.

3          What types of information would you need to

4    have or find in order to determine that there is a

5    credible threat?

6       A    Well, each case is different for each and

7    every inmate.  It's all based on the inmate's

8    statements, whatever he claims.  Whether there is

9    information to substantiate his claims based on, like

10   I said, it may be previous incidents, may be previous

11   cases that were conducted.

12          You would basically go by the standard of,

13   you know, that we have to find something that

14   corroborates his information to show that there is a

15   threat.

16      Q    Okay.  And you were just discussing when an

17   inmate reports a concern with a group of individuals.

18   If an inmate reported that they felt in danger from a

19   specific other inmate, what steps would you take in

20   that investigation?

21      A    It would be the same.  It would be the same

22   thing.  We'd conduct a preliminary interview with the

23   inmate, try to get as much information from him as

24   possible why he believes there's a threat by that

25   specific inmate, and then make a determination as to

ERVIN BLANK ASSOCIATES, INC.

1          So if an inmate assaults another inmate,

2    there's a criminal referral made.  We do not conduct

3    any type of inquiries related to that assault until

4    the FBI and AUSA's office make their determination

5    whether to accept the referral or decline it.

6        Q    And how long does it generally take for that

7    determination to be made?

8        A    Depends on the FBI and the United States'

9    schedule.

10       Q    And does SIS have any role -- scratch that.

11           Does SIS make any recommendations as to

12   whether or not the two inmates who were involved in

13   that assault are separated or kept apart?

14       A    So in all cases involving an inmate on inmate

15   assault or even a fight, if it's not classified as an

16   assault, it's just classified as an actual physical

17   altercation, those inmates would be separated and kept

18   separated regardless.

19           Regardless if there's an investigative report

20   created, if they were involved in a documented

21   incident involving physical altercation between those

22   two inmates, they are separated completely.

23       Q    Okay.  And is that separation a CIM

24   separation or an informal Keep Away that's on the rec

25   and shower sheet?