# EXHIBIT 47

## Inmate on Inmate Assaults at USP Lewisburg since 2010

| | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | |
|---|---|---|---|---|---|---|---|---|---|
| January | 11 | 3 | 8 | 7 | 6 | 8 | 7 | 2 | |
| February | 10 | 7 | 11 | 5 | 5 | 6 | 8 | 2 | |
| March | 11 | 12 | 8 | 3 | 3 | 13 | 10 | 0 | |
| April | 10 | 8 | 5 | 18 | 2 | 8 | 6 | 2 | |
| May | 11 | 10 | 5 | 4 | 8 | 6 | 5 | 2 | |
| June | 12 | 9 | 4 | 4 | 4 | 5 | 5 | 2 | |
| July | 14 | 7 | 5 | 9 | 4 | 4 | 8 | 3 | |
| August | 6 | 12 | 6 | 14 | 3 | 12 | 4 | 1 | |
| September | 10 | 15 | 4 | 4 | 2 | 10 | 7 | | |
| October | 13 | 7 | 4 | 1 | 15 | 8 | 6 | | |
| November | 17 | 5 | 6 | 2 | 13 | 3 | 3 | | |
| December | 13 | 12 | 5 | 7 | 13 | 5 | 4 | | |
| | | | | | | | | | |
| Total | 138 | 107 | 71 | 78 | 78 | 88 | 73 | 14 | 647 |

CONFIDENTIAL

PLAINTIFF'S
EXHIBIT
2

DEF-000006338