# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEBASTIAN RICHARDSON, | : | Civil No. 3:11-CV-02266 |
| Plaintiff, | : | |
| v. | : | |
| BRYAN A. BLEDSOE, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 24th day of November, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for class certification is **DENIED**. (Doc. 164.)

2. A telephonic conference with the parties to set further deadlines for this case is scheduled for **January 13, 2021, at 2:15 p.m.** Plaintiff shall initiate the call and have all parties on the line before calling chambers at 717-221-3970.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania