# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEBASTIAN RICHARDSON, | : | Civil No. 3:11-CV-02266 |
| Plaintiff, | : | |
| v. | : | |
| BRYAN A. BLEDSOE, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## CASE MANAGEMENT ORDER

**AND NOW**, on this 13th day of January, 2021, as requested by the parties during a telephone conference on this date, **IT IS ORDERED THAT** the following deadlines apply to this case:

| | |
|---|---|
| Dispositive motions: | April 16, 2021 |
| Plaintiff's response: | May 14, 2021 |
| Defendants' reply: | May 28, 2021 |

**IT IS FURTHER ORDERED THAT** following the resolution of the dispositive motions the court shall schedule a telephone conference with counsel to discuss a trial schedule if appropriate.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania