IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEBASTIAN RICHARDSON | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil No. 3:11-cv-02266-MWB |
| | ) | |
| v. | ) | Judge Jennifer P. Wilson |
| | ) | |
| THOMAS R. KANE, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby stipulates that the above-captioned case is dismissed with prejudice and without costs to any party as against the other.

/s/ Alexandra Morgan-Kurtz

Attorney ID: PA 312631
Pennsylvania Institutional Law Project
247 Fort Pitt Blvd, 4th Fl.
Pittsburgh, Pa 15222
T: (412) 434-6004

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEBASTIAN RICHARDSON | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil No. 3:11-cv-02266-MWB |
| | ) | |
| v. | ) | Judge Jennifer P. Wilson |
| | ) | |
| THOMAS R. KANE, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## **ORDER OF DISMISSAL**

IT IS HEREBY ORDERED that the Court, having considered the Stipulation of Dismissal filed by Plainitff, hereby DISMISSES this action and all claims asserted herein WITH PREJUDICE and without costs to any party as against the other.

**SO ORDERED** this _____ day of _____, 2022.

BY THE COURT:

_____, J.